UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

COLIN TANNER CRUMP,

    Defendant.

Case No. 3:24-cr-13(2)

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

### ORDER REFERRING DEFENDANT'S MOTION TO RECONSIDER DETENTION (Doc. No. 64) TO MAGISTRATE JUDGE CAROLINE H. GENTRY

Pursuant to Fed. R. Crim. P. 59(a) and Dayton General Order No. 22-01, Defendant's motion to reconsider detention (Doc. No. 64) is **REFERRED** to United States Magistrate Judge Caroline H. Gentry. *See* 18 U.S.C. §§ 3041, 3142, *et seq*. This referral will terminate upon Judge Gentry's issuance of the required Order.

    **IT IS SO ORDERED.**

May 5, 2025

                                                      s/*Michael J. Newman*
                                                      Hon. Michael J. Newman
                                                      United States District Judge